FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2017
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELIBERTO N. LOPEZ, | Case No. CV 15-2986 PSG (AJW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination.

**IT IS SO ORDERED.**

DATED: _____5/31_____, 20_17_

Philip S. Gutierrez
United States District Judge