FILED
CLERK, U.S. DISTRICT COURT

MAY 3 1 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ELIBERTO N. LOPEZ, | ) |
| Plaintiff, | ) Case No. CV 15-2986 PSG (AJW) |
| v. | ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

DATED: _____5/31_____, 2017

_____
PHILIP S. GUTIERREZ
United States District Judge